**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Texas

Case number (*If known*): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Oryx Oilfield Services, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Oryx I&E, LLC<br>Oryx Services |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-3402839 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4000 N White Chapel Blvd | |
| Number        Street | Number        Street |
| | P.O. Box |
| Southlake            TX      76092-2069 | |
| City                 State    ZIP Code | City                 State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Denton County | |
| County | Number        Street |
| | City                 State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.oryx-us.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Oryx Oilfield Services, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3329

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __ __ / __ __ / __ __ __ __     Case number _____
                                                    MM / DD / YYYY

District _____ When __ __ / __ __ / __ __ __ __     Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Oryx Oilfield Holdings, LLC     Relationship  Affiliate

District  Eastern District of Texas     When  07/12/2024
                                              MM / DD / YYYY

Case number, if known _____

| Debtor | Oryx Oilfield Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Oryx Oilfield Services, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [x] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2024
MM / DD / YYYY

✖ /s/ Matthew J. Mahone
Signature of authorized representative of debtor

Matthew J. Mahone
Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ Frank Wright
Signature of attorney for debtor

Date  07/12/2024
MM / DD / YYYY

Frank Wright
Printed name

Law Offices of Frank J. Wright, PLLC
Firm name

1800 Valley View Lane 250
Number        Street

Farmers Branch                    TX        75234
City                              State     ZIP Code

214-238-4153                     frank@fjwright.law
Contact phone                     Email address

22028800                          TX
Bar number                        State

---

Oryx Oilfield Services, LLC

Debtor _____   Case number *(if known)* _____
First Name        Middle Name        Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| **Kodiak Excavation & Utilities, LLC** | **Eastern District of Texas** | **07/12/2024** |
| **Kodiak Trenching & Boring, LLC** | **Eastern District of Texas** | **07/12/2024** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____ Oryx Oilfield Services, LLC _____

United States Bankruptcy Court for the: __Eastern District of Texas_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank OZK<br>PO Box 8811<br>Little Rock, AR, 72231 | | Monies Loaned / Advanced | | | | 1,098,556.03 |
| 2 | State of New Mexico<br>1200 South St. Francis Drive<br>Santa Fe, NM, 87505 | | Taxes & Other Government Units | | | | 1,000,000.00 |
| 3 | Accel Fusion<br>2821 E PEARL ST<br>ODESSA, TX, 79761 | | Suppliers or Vendors | | | | 393,696.00 |
| 4 | Stonemark, Inc.<br>8501 WADE BLVD<br>SUITE 620<br>FRISCO, TX, 75034 | | Monies Loaned / Advanced | | | | 260,611.53 |
| 5 | Danco Enterprise Inc.<br>215 W. BROADWAY<br>STE 2<br>HOBBS, NM, 88240 | | Suppliers or Vendors | | | | 242,583.79 |
| 6 | MD Energy Services LLC<br>PO BOX 2980<br>WEATHERFORD, TX, 76086 | | Suppliers or Vendors | Disputed | | | 221,365.00 |
| 7 | BPW Law Firm<br>105 N STATE STREET<br>SUITE 105B<br>DECATUR, TX, 76234 | | Services | Disputed | | | 201,519.61 |
| 8 | LeBoeuf Law, PLLC<br>325 N.ST.PAUL ST<br>SUITE 3400<br>DALLAS, TX, 75201 | | Services | | | | 194,623.75 |

| Debtor | Oryx Oilfield Services, LLC | | Case number *(if known)* | |
|--------|------------------------------|--|---------------------------|--|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | United Health Care<br>PO BOX 94017<br><br>PALATINE, IL, 60094 | | Services | Disputed | | | 186,953.81 |
| 10 | Katella Logistics,LLC<br>P.O. BOX 5278<br><br>MIDLAND, TX, 79704 | | Suppliers or Vendors | | | | 155,074.84 |
| 11 | Deepwell Energy<br>PO BOX 1000<br>DEPT #0944<br>MEMPHIS, TN, 38148 | | Suppliers or Vendors | Disputed | | | 154,595.39 |
| 12 | Komatsu Southwest<br>PO BOX 842326<br><br>DALLAS, TX, 75284 | | Monies Loaned / Advanced | Disputed | | | 150,994.83 |
| 13 | Doggett Heavy Machinery<br>10110 DARADALE AVE.<br><br>BATON ROUGE, LA, 70816 | | Suppliers or Vendors | Disputed | | | 146,745.27 |
| 14 | NewCo Capital Group LLC<br>1801 NE 123RD ST<br>#421<br>NORTH MIAMI, FL, 33181 | | Monies Loaned / Advanced | Disputed | | | 146,265.00 |
| 15 | Pipe Movers, Inc.<br>6385 Hwy 87 E<br>San Antonio, TX, 78222 | | | | | | 133,158.95 |
| 16 | HH Restoration, Inc.<br>c/o Keith Hampton, 3319 Thorn Hill Dr.<br>Arlington, TX, 76001 | | Suppliers or Vendors | | | | 119,000.00 |
| 17 | RCS - Goliad Oryx<br>371 CENTENNIAL PARKWAY<br><br>LOUISVILLE, CO, 80027 | | Lease | | | | 108,771.51 |
| 18 | Premier Trenching,LLC<br>7814 MILLER RD 3<br><br>HOUSTON, TX, 77049 | | Suppliers or Vendors | Disputed | | | 104,503.50 |
| 19 | NCMIC Finance Corporation<br>P.O. BOX 9118<br><br>DES MOINES, IA, 50306 | | Monies Loaned / Advanced | | | | 95,609.55 |
| 20 | LocusView Solutions Inc<br>P.O. BOX 74008871<br><br>CHICAGO, IL, 60674 | | Suppliers or Vendors | | | | 85,598.10 |

4 D Excavating, Inc.
P.O.BOX 7057
ODESSA, TX 79760

5-D Ranch Water Sales
1800 FM 237
YORKTOWN, TX 78164

Abel , Jaquez Meza
141 N De Costa St
Fort Worth
TX, WY

Abraham , Alejos
6552 Jerrell St
North Richland Hills
TX, WY

Abraham , Estrada
3828 Lawnwood St
Fort Worth
TX, WY

ABY Benefits LLC
PO BOX 867599
PLANO, TX 75086

Accel Fusion
2821 E PEARL ST
ODESSA, TX 79761

Accelerated Water Resources, LLC
3300 N. A STREET
BLDG 1, STE. 220
MIDLAND, TX 79705

Adam , Parker
2100 Bradford Ct
Midland
TX, WY

Advanced Equipment Rental
4708 S CR 1140
MIDLAND, TX 79706

Aetna Life Insurance Company
PO BOX 67103
HARRISBURG, PA 17106

Aflac
PO BOX 673025
DALLAS, TX 75267

Agave Transport
1200 W. DERRICK RD.
CARLSBAD, NM 88220

AGL Trucking
11345 LAYLA LN
ODESSA, TX 79764

Air Compressor Solutions
3001 KERMIT HWY
ODESSA, TX 79764

Alejandro , Aguirre
6215 N. Fowler St. Hobbs
NM 88242

Alejos, Salvador
6552 Jerrell St
North Richland Hills
TX, WY

Alejos, Salvadore
6552 Jerrell St
North Richland Hills
TX, WY

Alonso , Gastelum
401 N Cedar St
Kermit
TX, WY

Alpha Dog Testing, LLC
1095 PRIVATE ROAD 1012
GIDDINGS, TX 78942

Amanda , Ylitalo
12536 Planters Glen Dr
Dallas
TX, WY

Amanda, Ylitalo
12536 Planters Glen Dr
Dallas
TX, WY

Andres , Reyes
218 S Cherry St
Pecos
TX, WY

Angel , Carrasco
432 N. Ash St. Kermit
TX 79745

Antonio , Huerta
4458 S FM 730
Decatur
TX, WY

Antonio , Vazquez Guzman
1211 N Llano Dr
Hobbs
NM, WY

Apex Materials, LLC
PO BOX 1242
THREE RIVERS, TX 787071

ARC Inspection Services ,LLC
PO BOX 732951
DALLAS, TX 75373

Arch Insurance
c/o Corporation Service Company, 211 E.
Suite 620
Austin, TX 78701

Armando , Amaro
1028 E San Antonio St
Kermit
TX, WY

Armando , Garcia Baez
5031 Fitzhugh Ave
Fort Worth
TX, WY

Arturo , Castillo
5812 Bonanza Dr Trlr 108
Haltom City
TX, WY

Associate Supply Co Inc.
PO Box 3888
Lubbock, TX 79452

ATWELL LLC
311 NORTH MAIN
ANN ARBOR, MI 48104

Authorized Inspection Associates, LLC
14531 FM 529
SUITE 135
HOUSTON, TX 77095

AXE Directional Drilling
PO BOX 8968
SPRING, TX 77387

Axiom Medical Consulting, LLC
PO BOX 207282
DALLAS, TX 75320

Axis Industrial Services, LLC
5104 IH 37
CORPUS CHRISTI, TX 78407

Bank OZK
PO Box 8811
Little Rock, AR 72231

BARCO RENT
717 SOUTH 5600 WEST
SALT LAKE CITY, UT 84104

BDS Enterprises
PO BOX 2286
CARLSBAD, NM 88221

Beasley Tire Service
PO BOX 11556
HOUSTON, TX 77293

Benjamin , Mier Jr.
2401 Clinton Ave
Fort Worth
TX, WY

Beyond Broadband Solutions Inc
102 E BROAD ST.
UNIT 1439
FORNEY, TX 75126

Big Horn Supply
4923 W. Interstate 20
Midland, TX 79706

Boardwalk Paving & Construction, LL
2920 INDUSTRIAL LN.
GARLAND, TX 75041

Bonner Kiernan Trebach & Crociata
1232 20TH STREET NW
8TH FLOOR
WASHINGTON, DC 20036

Bottom Line Equipment,LLC
PO BOX 81217
LAFAYETTE, LA 70598

BPW Law Firm
105 N STATE STREET
SUITE 105B
DECATUR, TX 76234

Brad, Boucherie
2701 Grapevine Mills Blvd N
Grapevine
TX, WY

Brady's Welding & Machine Shop, INC
PO BOX 788
HEALDTON, OK 73438

Braulio , Terrones
1100 Oak Knoll Dr
Fort Worth
TX, WY

Braun Intertec Corporation
LOCKBOX#446035
PO BOX 64384
SAINT PAUL, MN 55164

Brayan , Castillo
5812 Bonanza Dr
Haltom City
TX, WY

Bryan , Jimenez
696 Private Road 204D
Seminole
TX, WY

Bryan, Jimenez
696 Private Road 204D
Seminole
TX, WY

BTH Bank
6657 OLD JACKSONVILLE HIGHWAY
TYLER, TX 75703

C & G Inc. DBS Fox Rental
1300 W NORTHWEST HWY
GRAPEVINE, TX 76051

C-Arrow Water Sales ,LLC
2525 N.FM81
RUNGE, TX 78212

Cactus Equipment Rentals
PO BOX 1273
GOLDWAITE, TX 76844

Calvert-Menicucci, PC
8805 WASHINGTON ST. NE
SUITE E
ALBUQUERUE, NM 87113

Candice , Quesada
6922 Cattleman Dr
Midland
TX, WY

Carlos , Flores Rodriguez
440 N Cedar St
Kermit
TX, WY

Carlos, Flores Rodriguez
440 N Cedar St
Kermit
TX, WY

Caterpillar Financial Services
2120 WEST END AVENUE
NASHVILLE, TN 37203

Challenger Services
4530 S. JACKSON AVE.
TULSA, OK 74107

Chem Can Services, LLC
16660 DALLAS PKWY
SUITE 1600
DALLAS, TX 75248

Choat Enterprises,Inc
3300 SHERBROOK
ODESSA, TX 79762

CHTD Company
PO BOX 2576
SPRINGFIELD, IL 62708

Clemtex
PO BOX 15214
HOUSTON, TX 77220

Coastal Boat Srvs. Unltd.
P.O. BX 161
2244 W. ADAMS AVE.(HWY 185)
PORT O'CONNOR, TX 77982

Coastal Directional Drilling, Inc.
6025 HWY. 77
ODEM, TX 78370

Coastal Production Systems LLC
610 EAST MAIN STREET
BROUSSARD, LA 70518

Cornelio , Gonzalez
1234 Carroll Dr
Garland
TX, WY

CR3 Partners, LLC
13355 NOEL ROAD
STE 310
DALLAS, TX 75240

Cuatro Transportation, Inc.
709 W KANSAN AVE
JAL, NM 88252

Cyclone Services, LLC
220 ADAMS SUITE 280
BOX 105
WEATHERFORD, TX 76086

Dakota , Purvis
10624 FM 350 N
Livingston
TX, WY

Danco Enterprise Inc.
215 W. BROADWAY
STE 2
HOBBS, NM 88240

Daniel , Aragon
3553 Regal Rd
Fort Worth
TX, WY

Daniel , Aragon Rios
3553 Regal Rd
Fort Worth
TX, WY

Daniel , Juarez
204 S Locust St
Kermit
TX, WY

Daniel , Lopez
3212 NW 24th St
Fort Worth
TX, WY

David , Monjaras Sanchez
4249 Gladewater Rd
Dallas
TX, WY

De Lage Landen Financial Services, Inc.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Deepwell Energy
PO BOX 1000
DEPT #0944
MEMPHIS, TN 38148

Diogo , Valles
2608 Rosen Ave
Fort Worth
TX, WY

Diogo, Valles
2608 Rosen Ave
Fort Worth
TX, WY

DistributionNow L.P.
4025 HWY. 35 N
COLUMBIA, MS 39429

Diversified Lenders
5607 Avenue Q
Lubbock, TX 79412

DJ Water Sales
700 FM 99
WHITSETT, TX 78075

Doggett Heavy Machinery
10110 DARADALE AVE.
BATON ROUGE, LA 70816

Double J Brothers
9607 MOJAVE AVE
ODESSA, TX 79765

EDCO fire & safety
2401 KERMIT HWY
ODESSA, TX 79761

Eliseo , Delcid Castro
8638 Willoughby Blvd. #163
Dallas
TX, WY

Elite Discovery ,Inc.
400 N. SAINT PAUL ST.
SUITE 1300
DALLAS, TX 75201

Enrique , Diaz
5727 S Bronco Dr
Hobbs
NM, WY

Enterprise FM Trust
PO BOX 800089
KANSAS CITY, MO 64180

Equify Financial, LLC
13600 HERITAGE PARKWAY
SUITE 150
FORT WORTH, TX 76177

Ernesto , Flores Gutierrez
4204 Barbara Rd
Fort Worth
TX, WY

Esau , Ortiz
2535 W Midwest St
Hobbs
NM, WY

EVX Eagle Ford Partners, LLC
811 LOUISIANA STREET
SUITE 2500
HOUSTON, TX 77002

Felix , Reyes Espinosa
245 Mazatran Ave.
Dallas
TX, WY

First Insurance Funding
PO BOX 7000
CAROL STREAM, IL 60197

Flexpipe Systems LLC
5875 N SAM HOUSTON PKWY W
SUITE 100
HOUSTON, TX 77086

Frac Tank Rentals, LLC
191 TAMMY DRIVE
ODESSA, TX 79766

Franciso , Suarez
2228 Brittain St
Fort Worth
TX, WY

Freddi , Cortes
2004 Loving Ave
Fort Worth
TX, WY

Fredi , Flores
11103 Iris Dr
Balch Springs
TX, WY

FUSE IT Pipe and Supply, LLC
7117 HWY 312
BILLINGS, MT 59105

Gabria , Trimble
1715 Gallagher St
Dallas
TX, WY

Gilberto , Alanis
354 Gonzalez St
Zapata
TX, WY

Global Machinery
705 WEST 62ND AVENUE
DENVER, CO 80216

Gorilla Coating LLC
121 N LEECH ST
HOBBS, NM 88240

Grady Bell LLP
44 WEST JACKSON BOULEVARD
SUITE 1250
CHICAGO, IL 60604

Grape Office, LLC
c/o Deitch Law Offices, 800 Rio Grande
Austin, TX 78701

Gulf Coast Grouting, Inc.
c/o Richard L Carter, 18902 Jodywood
Humble, TX 77346

Gustavo , Salgado
PO Box 1892
Pecos
TX, WY

Handy Rental, Inc.
706 N MAIN
SEMINOLE, TX 79360

Harrell Pailet & Associates Trust A
5454 LA SIERRA DR.
STE 100
DALLAS, TX 75231

Hatcher Water Well Service LLC
PO BOX 1461
BEEVILLE, TX 78104

Hazel`s Expedited Freght
PO BOX 810239
DALLAS, TX 75381

Hector , De la Paz
2403 Hanna Ave
Fort Worth
TX, WY

HH Restoration, Inc.
c/o Keith Hampton, 3319 Thorn Hill Dr.
Arlington, TX 76001

HireRight, LLC.
PO BOX 847891
DALLAS, TX 75284

Holt Cat
2000 E AIRPORT FREEWAY
IRVING, TX 75062

Hugo , Cereceres
234 Coney St
San Antonio
TX, WY

Hugo , Gonzalez
2236 Robinwood Dr
Fort Worth
TX, WY

Industrial Hose and Oilfield Supply
2403 25TH STREET
HWY 180
SNYDER, TX 79549

Industrial Training Services, Inc.
114 MAX HURT DR.
MURRAY, KY 42071

Internal Revenue Service
PO BOX 145595
MC 8420G
CINCINNATI, OH 45250

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Intrepid Potash, Inc.
996 17TH STREET
SUITE 1050
DENVER, CO 80202

ISCO INDUSTRIES
1974 SOLUTIONS CENTER
CHICAGO, IL 60677

Ismael , Castillo Alvare
5812 Bonanza Dr Trlr 102
Haltom City
TX, WY

Izabela , Amaro
1028 E San Antonio St
Kermit
TX, WY

J & J Farms Water Station
5110 OLD CAVERN HWY.
CARLSBAD, NM 88220

Jacinto , Vasquez
309 W Vista Dr
Garland
TX, WY

Jaime , Medrano Gallardo
723 N Mulberry St
Kermit
TX, WY

Jared , Cruz
6417 NW Main St. Hobbs
NM 88240

Javier , Juarez
415 S Tornillo St
Kermit
TX, WY

Javier , Reyes Sr.
622 N Mulberry St
Kermit
TX, WY

Jesus , Flores Acosta
320 Douglas St
Hereford
TX, WY

Jesus , Quintana Morales
622 N Mulberry St
Kermit
TX, WY

JMG Services
PO BOX 3933
HOBBS, NM 88241

JML Management, Inc.
748 STATE HWY. 7 W
CENTER, TX 75935

Joe's Rentals
889 S. DERBY ST.
ARVIN, CA 93203

Joel , Ibarra
318 E Avenue R Trlr G
Lovington
NM, WY

John Deere Construction & Forestry Company
6400 NW 86TH ST
PO BOX 6600
JOHNSON, IA 50131

John Deere Financial
PO BOX 650215
DALLAS, TX 75265

Jorge , Barron Hernandez
2403 Hanna Ave
Fort Worth
TX, WY

Jorge , Terrones
4905 Walthall St
Haltom City
TX, WY

Jose , Alonso Rios
4006 Ivey St
Haltom City
TX, WY

Jose , Carrola Simental
1211 N. Llano Dr. Hobbs
NM 88240

Jose , Carrola Simental
1211 N Llano Dr
Hobbs
NM, WY

Jose , Diego
105 E 6th
Nordheim
TX, WY

Jose , Gutierrez Vergara
1721 Oakwood St
Haltom City
TX, WY

Jose , Hernandez
5900 E County Road 120
Midland
TX, WY

Jose , Jasso Hernandez
3311 Kellogg Ave
Dallas
TX, WY

Jose , Matehuala Balleza
1321 E Hamby Ave
Midland
TX, WY

Jose , Reyes
309 N Main St
Kermit
TX, WY

Jose , Saenz Olivas
900 E Highway 115
Kermit
TX, WY

Jose , Salvador Dominguez
2300 Juniper St
Haltom City
TX, WY

Jose , Soria Jr.
411 Fairview St
Fort Worth
TX, WY

Jose , Tapia
1605 Barron Ln
Fort Worth
TX, WY

Jose, Reyes
309 N Main St
Kermit
TX, WY

Jose, Salvador Dominguez
2300 Juniper St
Haltom City
TX, WY

Juan , Carlos Aguilar
112 E Wolfcamp Dr
Hobbs
NM, WY

Juan , De Dios Barraza
900 E Highway 115
Kermit
TX, WY

Juan , Flores Jr
3282 Fletcher Rd
Eagle Pass
TX, WY

Kailyn , Adams
1100 Lake Carolyn Pkwy Apt 5010
Irving
TX, WY

Karnes Electric Cooperative, Inc.
PO Box 7
Karnes City, TX 78118

Katella Logistics,LLC
P.O. BOX 5278
MIDLAND, TX 79704

Keep Truckin, Inc.
25 HAZELWOOD DR.
STE 114
AMHERST, NY 14228

Kodiak Mechanical Services, LLC
4000 N. White Chapel
Southlake, TX 76092

Komatsu Financial Limited Partnership
1701 GOLF RD
STE 1-300
ROLLING MEADOWS, IL 60008

Komatsu Southwest
PO BOX 842326
DALLAS, TX 75284

Landmark Coatings, LLC
3200 Commander
Suite 108
Carrollton, TX 75006

Laurie & Brennan, LLP
TWO NORTH RIVERSIDE PLAZA
SUITE 175
CHICAGO, IL 60606

LeBoeuf Law, PLLC
325 N.ST.PAUL ST
SUITE 3400
DALLAS, TX 75201

Leonel , Quintana
4458 S FM 730
Decatur
TX, WY

Leonel, Quintana
4458 S FM 730
Decatur
TX, WY

Leonzo , Anaya Gutierrez
1514 E Skelly St
Hobbs
NM, WY

Levi , Lewis
608 N Frobese
Runge
TX, WY

Librado , Lopez
603 S 5th St
Garland
TX, WY

Limitless Energy
PO BOX 61674
Midland, TX 79711

Linde Gas & Equipment Inc.
DEPT 0812
PO BOX 120812
DALLAS, TX 75312

LocusView Solutions Inc
P.O. BOX 74008871
CHICAGO, IL 60674

Lorenzo , Pacheco
2357 Peak St
Fort Worth
TX, WY

Luciano , Aldaba Hernand
2905 NW 29th St
Fort Worth
TX, WY

Luciano , Aldaba Hernandez
2905 NW 29th St
Fort Worth
TX, WY

Luis , Arvizu
10622 Grove Oaks Blvd
Dallas
TX, WY

Luis , Oropeza Jimenez
1208 Altamont Dr
Fort Worth
TX, WY

Luis , Sanchez Segura
245 Mazatlan Ave
Dallas
TX, WY

Luis , Terrones
3624 Layton Ave
Haltom City
TX, WY

M & M Truck Center, Inc.
PO BOX 872
KERMIT, TX 79745

Mack Financial Services
8003 Piedmont Triad Pkwy
Greensboro, NC 27409

Manuel , Garcia Armendar
2009 David Dr
Fort Worth
TX, WY

Manuel , Garcia Armendariz
2009 David Dr
Fort Worth
TX, WY

Marek Field Services, LLC
PO BOX 1085
GOLIAD, TX 77963

Marquette Commercial Finance, a Division of M
1600 WEST 82ND STREET
SUITE 250
BLOOMINGTON, MN 55341

Matthew , Ismert
3612 Greenbriar Ct
Colleyville
TX, WY

Matthew , Turner
210 S Peach St
Ore City
TX, WY

Mauro , Torres Castaneda
1108 Saint Edwards St
River Oaks
TX, WY

Maximiliano , Castillo
28779 Line 26 Rd.San Benito
TX 78586

Maximiliano , Villa Juarez
308 S Morris St
Hobbs
NM, WY

MD Energy Services LLC
PO BOX 2980
WEATHERFORD, TX 76086

MDS TRUCKING,LLC
PO BOX 1213
KERMIT, TX 79745

MEC SERVICES
552 W MERMOD ST#721
CARLSBAD, NM 88220

Miguel , Gallegos Barron
2305 Wallace St
Fort Worth
TX, WY

Miguel , Hinojosa Mejia
308 S Morris St
Hobbs
NM, WY

Miguel , Jasso Hernandez
3311 Kellogg Ave
Dallas
TX, WY

Miguel, Gallegos Barron
2305 Wallace St
Fort Worth
TX, WY

MPS Enterprises Inc. d/b/a Milford
7607 W. Industrial Ave.
Midland, TX 79706

MUSTANG RENTALS
12800 NORTHWEST FREEWAY
HOUSTON, TX 77040

MW Rentals & Services, Inc
4002 US HWY 59 N
VICTORIA, TX 77905

NCMIC Finance Corporation
P.O. BOX 9118
DES MOINES, IA 50306

New Tex Trucking
PO BOX 64237
LUBBOCK, TX 79464

NewCo Capital Group LLC
1801 NE 123RD ST
NORTH MIAMI, FL 33181

Norberto , Aragones Fria
1753 Fagan Dr
Blue Mound
TX, WY

Northern Basin Coating, LLC
2041 West State Road
Levelland, TX 79336

Northern Panhandle Seeding, Inc.
12950 FM 760
SPEARMAN, TX 79081

NOV Tuboscope
PO BOX 201177
DALLAS, TX 75230

Office of the US Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

OFFICE SYSTEMS
2102 N LAURENT STREET
VICTORIA, TX 77901

Oklahoma Tax Commission
Oklahoma City, OK 73194

Omar , Cruz
6710 Elk Trl
Arlington
TX, WY

Omar , Medrano Gallardo
411 S Locust St
Kermit
TX, WY

Origami Capital
191 NORTH WACKER DR.
STE 2350
CHICAGO, IL 60606

Paul , Auvil
909 S Texas St
De Leon
TX, WY

Paul, McCoy
8702 County Road 3408
Chandler
TX, WY

PB Materials
P.O BOX 14168
ODESSA, TX 79768

Peter , Gruber
10500 Matador Dr
McKinney
TX, WY

Pettigrew & Associates, P.A.
98 E. NAVAJO DRIVE
SUITE 100
HOBBS, NM 88240

Pipe Movers, Inc.
6385 Hwy 87 E
San Antonio, TX 78222

PNC Equipment Finance, LLC
665 BUSINESS CENTER DRIVE
SUITE 250
HORSHAM, PA 19044

PPG PROTECTIVE & MARINE CTGS
PO BOX 842409
BOSTON, MA 2284

Precision NDT
4008 N. GRIMES ST.
PMB 242
HOBBS, NM 88240

Precision NDT, LLC.
4008 N. GRIMES ST.
PMB 242
HOBBS, NM 88240

Premier Trenching,LLC
7814 MILLER RD 3
HOUSTON, TX 77049

PRIMARY FREIGHT,LLC
PO BOX 163
BRILLION, WI 54110

Pro Field Services, INC.
P.O. BOX 525
HALLETTSVILLE, TX 77964

Professional Testing
2236 CAPITAL CIRCLE
NE
TALLAHASSEE, FL 32308

Quality Copiers Sales & Service
4013 BULLOCK DR.
PLANO, TX 75023

Ramey & Flock
100 EAST FERGUSON
SUITE 404
TYLER, TX 75702

Rapid Transport, Ltd.
P.O. DRAWER L
KERMIT, TX 79745

Raul , Garcia
6125 N Fowler St
Hobbs
NM, WY

RCS - Goliad Oryx
371 CENTENNIAL PARKWAY
LOUISVILLE, CO 80027

RCS - Kermit Oryx
371 CENTENNIAL PARKWAY
LOUISVILLE, CO 80027

ReachNett Consulting, Inc.
3620 N. JOSEY LANE
SUITE 113
CARROLLTON, TX 75007

Real Capital Solutions
371 Centennial Parkway
Suite 200
Louisville, CO 80027

Rene , Lopez
3216 NW 24th St
Fort Worth
TX, WY

Rhino Fleet Tracking
7201 E. HENKEL WAY
SUITE 400
SCOTTSDALE, AZ 85255

Ricardo , Cardenas
1313 Harrison Dr
Kermit
TX, WY

Richard , Ramirez Jr.
203 E. Ojo de Agua
Runge
TX, WY

Robert , Barwick
2081 Belsford Dr
Nolensville
TN, WY

Robert, Barwick
2081 Belsford Dr
Nolensville
TN, WY

Roberto , Aguirre Portillo
112 N. Eastern St. Hobbs
NM 88240

Roberto , Morales Angele
611 S Main St
Grapevine
TX, WY

Roberto , Morales Angeles
611 S Main St
Grapevine
TX, WY

Roberto , Oceguera Preciado
4124 Avenue J
Fort Worth
TX, WY

Rodeway Inn
3820 NATIONAL PARKS HIGHWAY
CARLSBAD, NM 88220

Rogelio , Guerrero
5604 Libbey Ave
Fort Worth
TX, WY

Safety Culture / Workplace Health &
2114 CENTRAL ST.
6TH FLOOR
KANSAS CITY, MO 64108

Samuel , Espinosa Sanchez
4813 S. Gill Rd. Lovington
NM 88260

San Christoval Water LLC
1915 E. 70TH STREET
SHREVEPORT, LA 71105

Saul , Alejos
6552 Jerrell St
North Richland Hills
TX, WY

Sebastian , Medellin
1112 Parsons Ln
Fort Worth
TX, WY

Shannon Galvanized, LLC
PO BOX 610
FLORESVILLE, TX 78114

Sherry , Boktor
6521 Alta Vista Dr
Watauga
TX, WY

SHERWIN WILLIAMS
11226 LEO LANE
DALLAS, TX 75229

Siemens Financial Services, Inc.
170 WOOD AVENUE SOUTH
ISELIN, NJ 8830

Simmons Bank
PO BOX 7009
PINE BLUFF, AR 71611

SQS NDT
PO BOX 13977
ODESSA, TX 79768

Staples
PO BOX 660409
DALLAS, TX 75266

STAR SERVICES, LLC
8518 STARTEM RD
HOBBS, NM 88240

Star Services, LLC
8518 Startem Road
Hobbs, NM 88240

State of Alabama
50 N. Ripley St.
Montgomery, AL 36130

State of New Mexico
1200 South St. Francis Drive
Santa Fe, NM 87505

State Rentals
PO Box 1539
Midland, TX 79702

Sterling Crane LLC
9351 GRANT STREET
SUITE 250
THORNTON, CO 80229

Steven , Salazar
532 Greenway Dr
Saginaw
TX, WY

Stonemark, Inc.
8501 WADE BLVD
SUITE 620
FRISCO, TX 75034

T&C Rentals
PO BOX 1688
TOMBALL, TX 77377

Tanmar Rentals
PO BOX 1376
EUNICE, LA 70535

Tarrant County
c/o Laurie Spindler, 2777 N Stemmons Fwy
Dallas, TX 75207

Team Industrial Services, Inc.
P.O.BOX 842233
DALLAS, TX 75284

TechCorr USA Management, LLC
1485 E. SAM HOUSTON PKWY SOUTH
SUITE 160
PASADENA, TX 77503

Texas Comptroller of Public Accounts
111 E. 17th St
Austin, TX 78774

Texas Mutual Insurance Company
2200 ALDRICH ST.
AUSTIN, TX 78723

Texas State Rentals
803 SE LOOP 410
SAN ANTONIO, TX 78220

THE CARTER LAW FIRM
8350 N. CENTRAL EXPRESSWAY
SUITE 1225
DALLAS, TX 75206

Tierra Lease Services, LLC
PO BOX 366
KENEDY, TX 78118

Tommy , Salazar
5964 Bridal Trl
Fort Worth
TX, WY

Top Hand Oilfield Solutions, LLC
PO BOX 610
MONAHANS, TX 79756

Topographic Land Surveyors
1395 EVERMAN PARKWAY
STE 146
FORT WORTH, TX 76140

Total Office Solution of West Texas
1588 N. LEE AVE
ODESSA, TX 79761

Triple-S Steel
2042 WEST THOMPSON PLACE
SAN ANTONIO, TX 78226

Turner Seed Co.
PO BOX 791
BRECKENRIDGE, TX 76424

TXU Energy
PO Box 650638
Dallas, TX 75265

U.S. Department of Labor, Wage and Hour Divis
525 S. Griffin
Suite 707
Dallas, TX 75202

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416

United Health Care
PO BOX 94017
PALATINE, IL 60094

US Chaparral Water Systems, Inc.
PO BOX 80249
MIDLAND, TX 79708

US Premium Finance
PO Box 630035
Cincinnati, OH 45263

Utica Leaseco, LLC
905 SOUTH BOULEVARD EAST
ROCHESTER HILLS, MI 48307

Wesley and Brenda Mahone

Wifco Steel Products
P.O. BOX 3500
CLAREMORE, OK 74018

Wlesky , Ramos Quintana
1741 Lawther Dr. River Oaks
TX 76114

Xstreme MD
1028 FORUM DRIVE
BROUSSARD, LA 70518

United States Bankruptcy Court

Eastern District of Texas

In re:  Oryx Oilfield Services, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    07/12/2024

/s/ Matthew J. Mahone

Signature of Individual signing on behalf of debtor

Managing Member

Position or relationship to debtor